UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MICHAEL HALL,

                         Plaintiff,

     -against-

THE CITY OF NEW YORK, CAPTAIN FLUKE, and
CORRECTION OFFICER HYDE,

                        Defendants.

------------------------------------------------------------------ x

ORDER

23-CV-1787 (AMD)(MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

By letter dated July 7, 2023, Defendant The City of New York provided the proper service address for Defendants Captain Fluke and Correction Officer Hyde as Anna M. Kross Center ("AMKC") Facility, 18-18 Hazen Street, East Elmhurst, New York 11370, and notified *pro se* Plaintiff via First Class Mail. (ECF No. 10.) As stated in this Court's Order of July 7, 2023, *pro se* Plaintiff shall obtain summonses and file proof of service of the summons and Complaint on Defendants Captain Fluke and Correction Officer Hyde by **August 3, 2023**. (*See* ECF No. 9.) If service is not made upon these defendants by August 3, 2023, or if *pro se* Plaintiff fails to show good cause why such service has not been completed, it will be recommended that the Court dismiss *pro se* Plaintiff's claims against Defendants Hyde and Fluke without prejudice.

A copy of this Order and the docket sheet shall be mailed to *pro se* Plaintiff at the address of record on the docket: 1211 Loring Avenue, Apt. 8F, Brooklyn, NY 11208.

**SO ORDERED.**

                                                               /s/Marcia M. Henry
                                                              MARCIA M. HENRY
                                                              United States Magistrate Judge

Dated: July 12, 2023
       Brooklyn, New York